■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PARNELL OWENS, Appellant. [734 NYS2d 897] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Hubsher, J.), rendered August 31, 1998, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606).

The defendant has not, nor could he have, raised any nonfrivolous issues in his supplemental *pro se* brief. O'Brien, J. P., S. Miller, McGinity, Schmidt and Townes, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON PINO, Appellant. [734 NYS2d 903] —Appeals by the defendant (1) from a judgment of the Supreme Court, Queens County (Rios, J.), rendered October 29, 1999, convicting him of robbery in the second degree (two counts), upon a jury verdict, and imposing sentence, and (2), by permission, from an order of the same court, dated June 23, 2000, which, after a hearing, denied his motion pursuant to CPL 440.10 to vacate the judgment of conviction.

Ordered that the judgment and the order are affirmed.

Viewing the evidence in a light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish his guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contention is without merit. Santucci, J. P., S. Miller, Smith and Crane, JJ., concur.